O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALLEN WHIDDEN, ) | Case No. EDCV 12-0021-DOC (DTB) |
| Plaintiff, ) | |
| vs. ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendant. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered affirming the decision of the Commissioner denying benefits and dismissing this action with prejudice.

DATED: February 1, 2014

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1