JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALLEN WHIDDEN, | ) Case No. EDCV 12-00021-DOC (DTB) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS ADJUDGED that this action is remanded to the Commissioner of Social Security for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the February 24, 2015 Order of the United States Court of Appeals for the Ninth Circuit.

DATED:  __May 27, 2015_____

_David O. Carter_____
David O. Carter
United States District Judge

1